AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Dennis Marrow

APPEARANCE

CASE NUMBER: 1:05-M-106M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dennis Marrow

I certify that I am admitted to practice in this court.

8/17/05
*Date*

[signature]
*Signature*


JOSEPH DeCAPORALE
*Print Name* *Bar Number*

400 RESERVOIR AVE
*Address*

PROV. RI. 02907
*City* *State* *Zip Code*

401-228-8960 401-228-8961
*Phone Number* *Fax Number*


This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher