AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 1:05-mj-00106-DLM-ALL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dennis Marrow

8/24/05
*Date*

*Signature*

Steven D Dilibero
*Print Name*

30 Doane St
*Address*

Prov RI 02903
*City* *State* *Zip Code*

401-621-4702
*Phone Number*